UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-cr-364-T-23AEP

LINDA DIXON
                                                              /

**FORFEITURE MONEY JUDGMENT**

Dixon pleaded guilty to Count One of the information charging theft of government funds in violation of 18 U.S.C. § 641, and the United States has established that Dixon obtained $95,626.13 in proceeds as a result of the offense.

The United States moves (Doc. 15), pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of a forfeiture money judgment in the amount of $95,626.13, which at sentencing, shall be a final order of forfeiture as to Dixon. The motion for entry of a forfeiture money judgment is **GRANTED**. Pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, Dixon is personally liable for a forfeiture money judgment in the amount of $95,626.13.

The United States may seek, as substitute assets in satisfaction of this judgment, forfeiture of any of the defendant's property up to the value of the $95,626.13 money judgment. The court retains jurisdiction to entertain any third-party claim that may be

asserted and to enter any order necessary to the forfeiture and disposition of any of the defendant's property that the United States may seek as substitute assets.

ORDERED in Tampa, Florida, on October 25, 2010.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE